IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CR-18-1H

UNITED STATES OF AMERICA,         )
                                  )
    v.                            )
                                  )                **ORDER**
KOREDREESE TYSON,                 )
                                  )
        Defendant.                )

This matter is before the court on the government's motion for review of the Order Setting Conditions of Release ("release order") entered by United States Magistrate Judge Robert B. Jones, Jr., on June 22, 2020. The government filed its motion on June 23, 2020, captioning the motion as an appeal. The government appears to have intended to move for review of the release order pursuant to 18 U.S.C. § 3145(a), and the government's appeal is therefore construed as such.

The court has thoroughly reviewed the relevant documents, as well as the audio recording of the detention hearing. The court hereby finds that the findings contained in the release order are accurate and in accordance with law. The release order entered by Judge Jones on June 22, 2020 is hereby affirmed. Defendant shall

remain on release in accordance and subject to the conditions of the release order.

This 29th day of June 2020.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35